JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BECERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-00935-MAA<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: September 14, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARIA A. AUDERO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE